UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-62197-CMA

LS ENERGIA INC, *et al.*,

    Plaintiffs,

vs.

REPUBLIC OF ANGOLA, *et al.*,

    Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, LS Energia Inc (Florida) and LS Energia Inc (Panama) (collectively, "Plaintiffs"), and Defendants, Republic of Angola, Ministry of Energy and Water, and Empresa Pública de Produção de Electricidade, E.P. (collectively, "Defendants") (all parties referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the voluntary dismissal without prejudice of the Complaint, as amended, with all parties to bear their own attorneys' fees, costs, and expenses.[1]

Dated: July 18, 2018

                        Respectfully submitted,

| | |
|---|---|
| By: */s/ Harold E. Patricoff* | By: */s/ Michael D. Ehrenstein* |
| Harold E. Patricoff, Fla. Bar No. 508357 | Michael D. Ehrenstein |
| hpatricoff@shutts.com | mde@eslawfl.com |
| Kristin Drecktrah Paz, Fla. Bar No. 91026 | Brett D. Sager |
| kpaz@shutts.com | bds@eslawfl.com |
| SHUTTS & BOWEN LLP | EHRENSTEIN\|SAGER |
| 200 S. Biscayne Boulevard, Suite 4100 | 2222 Ponce De Leon Blvd., Third Floor |
| Miami, Florida 33131 | Miami, Florida 33134 |
| Tel.: (305) 358-6300 | Tel.: (305) 503-5930 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

---

[1] A proposed order is attached as Exhibit A.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on July 18, 2018, on all counsel or parties of record on the Service List below.

*/s/ Kristin Drecktrah Paz*

## **SERVICE LIST**

Michael D. Ehrenstein
mde@eslawfl.com
Brett D. Sager
bds@eslawfl.com
EHRENSTEIN|SAGER
2222 Ponce De Leon Blvd., Third Floor
Miami, Florida 33134
Tel.: (305) 503-5930