# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-62197-CMA

LS ENERGIA INC, *et al.*,

    Plaintiffs,

vs.

REPUBLIC OF ANGOLA, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, LS Energia Inc (Florida) and LS Energia Inc (Panama) (collectively, "Plaintiffs"), and Defendants, Republic of Angola, Ministry of Energy and Water, and Empresa Pública de Produção de Electricidade, E.P. (collectively, "Defendants") (all parties referred to as the "Parties"), have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the voluntary dismissal without prejudice of the Complaint, as amended, with all parties to bear their own attorneys' fees, costs, and expenses.

**ORDERED AND ADJUDGED** that all claims in the above captioned action are dismissed without prejudice, with all parties bearing their own attorneys' fees, costs, and expenses.

DONE AND ORDERED in Miami, Florida, this ___ day of July, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record